

Richardson Concrete Inc
1197 North 1325 East
Shelley, ID 83274

# INVOICE

| Date | Invoice # |
|---|---|
| 8/1/2009 | 11672 |

**Bill To**
BLACK DIAMOND ASHALT
BLACKFOOT, ID

**Ship To**
PRIVATE PROJECT

| Item | Quantity | V | Description | Rate | Amount |
|---|---|---|---|---|---|
| FOUNDATION | | | 9 FT FOUNDATION = = STEM WALL REVISED TO 254 FT OF FOOTINGS AS PER PLAN | 13,426.44 | 13,426.44 |
| EXTRA LABOR | 10.5 | | EXTRA LABOR = REDO FORMS FROM COWS | 20.00 | 210.00 |
| EXTRA MATE... | | | EXTRA MATERIAL =BOLTS AS REQUIRED | 540.60 | 540.60 |
| PUMP TRUCK | | | RENTAL OF PUMP TRUCK = | 750.00 | 750.00 |

FINANCE CHARGE 21 % AFTER 30 DAYS FROM INVOICE

FOR SCHEDUALING PURPOSES PLEASE LET US KNOW AS TO STATUS - THANKS

**Total** $14,927.04

| Phone # | Fax # | E-Mail | Web Site |
|---|---|---|---|
| (208) 357-1804 | (208) 357-2000 | rconcrete2007@yahoo.com | richardsonc... |

EXHIBIT B